IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | CR-10-86-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| CONRAD JOSEPH OLD HORN, Jr., | |
| Defendant. | |

The Court referred this case to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered findings and recommendations on June 26, 2014. Doc. 56.

The United States charged Conrad Joseph Old Horn, Jr., (Old Horn) with violating his supervised release conditions by refusing to comply with a substance abuse test and consuming alcohol. Doc. 50. Old Horn admitted to the violations. Doc. 56 at 3. Judge Strong found the admission sufficient to establish the supervised release violations. *Id.* Judge Strong recommended that this Court revoke Old Horn's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of 12 months and 1 day, followed by 24 months supervised release. *Id.* at 7.

1

Neither party objected to Judge Strong's findings and recommendations. This Court reviews Judge Strong's findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach, Inc.*, 655 F.2d 1309, 1319 (9th Cir. 1981). This Court finds no clear error in Judge Strong's Findings and Recommendations, Doc. 56, and adopts them in full.

**IT IS HEREBY ORDERED** that Judge Strong's Findings and Recommendations, Doc. 56, are **ADOPTED.** Judgment shall be entered accordingly.

DATED this 11th day of July, 2014.

Brian Morris
United States District Court Judge